UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LOUIS HALL,

        Plaintiff,

Case No. 15-12971

Honorable John Corbett O'Meara

v.

CITY OF DETROIT, *et. al.,*

        Defendants.
                                              /

## ORDER DENYING
## PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

This matter came before the court on plaintiff Richard Louis Hall's October 27, 2015 motion for appointment of counsel. In his *pro se* complaint, Plaintiff alleges that the City of Detroit and three unnamed police officers violated his civil rights.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985). In reviewing Plaintiff's motion, the court finds no indication whether he has made any effort to obtain counsel. Therefore, the court will deny the motion.

**ORDER**

It is hereby **ORDERED** that Plaintiff's October 27, 2015 motion for appointment of counsel is **DENIED.**

              s/John Corbett O'Meara
              United States District Judge

Date: November 4, 2015

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 4, 2015, using the ECF system and/or ordinary mail.

              s/William Barkholz
              Case Manager