UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LOUIS HALL,

    Plaintiff,

v.

JOHN DOE POLICE OFFICERS,

    Defendants.
                                                /

Case No. 15-12971

Honorable John Corbett O'Meara

**ORDER DENYING DEFENDANT'S MOTION TO APPOINT COUNSEL AND MOTION FOR RECONSIDERATION**

    This matter came before the court on *pro se* plaintiff Richard Louis Hall's August 12, 2016 motion to appoint counsel and November 3, 2016 motion for reconsideration.

    On December 9, 2015, this court granted a motion to dismiss filed by defendants City of Detroit and its unnamed police officers. The United States Court of Appeals affirmed the dismissal of the City of Detroit and remanded to this court Plaintiff's claims against the unnamed officers.

    Plaintiff Hall filed a motion to appoint counsel August 12, 2016. This court had denied the same request November 4, 2015. Circumstances have not changed in the

past year to move this court to now appoint counsel.  Accordingly, the court will again deny Plaintiff's motion for appointment of counsel.

Plaintiff Hall's November 3, 2016 motion for reconsideration seeks reconsideration of the Court of Appeals' June 17, 2016 order.  This court lacks jurisdiction to reconsider orders from the higher court.

### ORDER

It is hereby **ORDERED** that plaintiff Hall's August 12, 2016 motion to appoint counsel is **DENIED**.

It is further **ORDERED** that plaintiff Hall's November 3, 2016 motion for reconsideration is **DENIED.**

        s/John Corbett O'Meara
        United States District Judge

Date:  November 22, 2016


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 22, 2016, using the ECF system and/or ordinary mail.

        s/William Barkholz
        Case Manager